# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

v.

CR 15 419 CRB

DANIEL WILLIAM ASTON and
TROD LIMITED, d/b/a BUY 4 LESS,
d/b/a BUY FOR LESS,
d/b/a BUY-FOR-LESS-ONLINE

FILED

AUG 27 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT(S).

## INDICTMENT

15 U.S.C. § 1 – Price Fixing

---

A true bill.

_____
                        Foreman

Filed in open court this 27th day of
2015.

_____ KAREN L. HOM
                              Clerk
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ no bail warrant for Defendant Aston.
summons for Trod, Ltd.

1-MJJ

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

*FILED AUG 27 2015 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

## OFFENSE CHARGED

Count One: 15 U.S.C. §1 - Price Fixing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment

## DEFENDANT - U.S

▶ DANIEL WILLIAM ASTON

DISTRICT COURT NUMBER

CR 15 419   CRB

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE
   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Antitrust Division
☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Micah L. Wyatt

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction       ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

PENALTY SHEET

Individual:   **Daniel William Aston**

15 U.S.C. § 1 – Price Fixing

Maximum Penalties:

1. A term of imprisonment of 10 years
2. A fine of $1 million, or two times the gross gain or loss, whichever is greater
3. A period of supervised release of not more than 3 years
4. $100 special assessment per count
5. Restitution

CR 15 419 CRB

FILED
AUG 27 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

### OFFENSE CHARGED

Count One: 15 U.S.C. §1 - Price Fixing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment

**DEFENDANT - U.S**
Trod Limited, d/b/a Buy 4 Less, d/b/a Buy 4 Less, d/b/a Buy-For-Less-Online

DISTRICT COURT NUMBER: CR 15 419 CRB

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Antitrust Division
☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Micah L. Wyatt

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED AUG 27 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☒ Arraignment   ☒ Initial Appearance

Defendant Address:
Unit 1-2, Frankley Industrial Park, 10 Tay Road, Birmingham, England, B45 0LD

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: Dec. 30, 2015 at 930 am   Before Judge: Nandor J. Vadas



PENALTY SHEET

Company:   **Trod Limited, d/b/a Buy 4 Less, d/b/a Buy 4 Less, d/b/a Buy-For-Less-Online**

15 U.S.C. § 1 – Price Fixing

CR 15 419

Maximum Penalties:

1. A fine of $1 million, or two times the gross gain or loss, whichever is greater
2. A term probation of at least one year but not more than five years
3. $400 special assessment per count
4. Restitution

FILED

AUG 27 2015

RICHARD W. ......
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICAH L. WYATT (CSBN 267465)
HENRY J. HAUSER (CSBN 286744)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
micah.wyatt@usdoj.gov

Attorneys for the United States

FILED
AUG 27 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15 419 |
| v. | **INDICTMENT**<br>VIOLATION:<br>Title 15, United States Code<br>Section 1 (Price Fixing) |
| DANIEL WILLIAM ASTON and<br>TROD LIMITED, d/b/a BUY 4 LESS, d/b/a<br>BUY FOR LESS, d/b/a BUY-FOR-LESS-<br>ONLINE, | |
| Defendants. | |

The Grand Jury charges that:

I.

DESCRIPTION OF THE OFFENSE

1.  The following corporation and individual are hereby indicted and made defendants on the charge stated below:

    a. DANIEL WILLIAM ASTON; and

    b. TROD LIMITED, d/b/a BUY 4 LESS, d/b/a BUY FOR LESS, d/b/a BUY-FOR-LESS-ONLINE (hereinafter "BUY 4 LESS")

2.  Beginning as early as September 2013 and continuing until in or about January 2014, the defendants and their co-conspirators entered into and engaged in a combination and

1

Indictment

conspiracy to fix the prices of certain posters ("agreed-upon posters") sold in the United States on Amazon Marketplace, Amazon.com, Inc.'s ("Amazon") website for third-party sellers.

3. The combination and conspiracy engaged in by the defendants and their co-conspirators was an unreasonable restraint of interstate commerce and U.S. import trade or commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).

4. The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendants and their co-conspirators, the substantial terms of which were to fix, increase, maintain, and stabilize prices of the agreed-upon posters.

## II.

## BACKGROUND

5. Posters are pieces of paper depicting printed images that are designed to be hung, mounted on, or affixed to a wall or other vertical surface.

6. Amazon Marketplace operates as an auction model. Sellers create accounts with Amazon through which they can offer various products. Though sales are made through Amazon Marketplace, sellers control all pricing and shipping decisions on the products they offer.

7. The defendants and their co-conspirators used commercially available algorithm-based pricing software to set the prices of agreed-upon posters sold on Amazon Marketplace. This software operates by collecting competitor pricing information for a specific product sold on Amazon Marketplace and applying pricing rules set by the seller.

## III.

## DEFENDANTS AND CO-CONSPIRATORS

8. During the time period covered by this Indictment, BUY 4 LESS was a United Kingdom corporation headquartered in Birmingham, England, that sold posters directly to customers in the United States through Amazon.

2

Indictment

9. During the time period covered by this Indictment, ASTON was a resident and citizen of the United Kingdom. From at least as early as February 2010 until at least as late as January 2014, ASTON was part owner and Director of BUY 4 LESS. While employed with BUY 4 LESS, ASTON was involved in the sale of posters on Amazon.

10. Various corporations and individuals not made defendants in this Indictment, participated as co-conspirators in the offense charged in this Indictment and performed acts and made statements in furtherance of it.

11. Whenever in this Indictment reference is made to any act, deed, or transaction of any corporation, the allegation means that the corporation engaged in the act, deed, or transaction by or through its officers, directors, employees, agents, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

## IV.

## MEANS AND METHODS OF THE CONSPIRACY

12. For the purpose of forming and carrying out the charged combination and conspiracy, the defendants and their co-conspirators did those things that they combined and conspired to do in the United States and elsewhere, including, among other things:

   a. participated in conversations and communications with representatives of other poster-selling firms to discuss the prices of the agreed-upon posters;

   b. agreed during various conversations and communications to fix, increase, maintain, and stabilize prices of the agreed-upon posters;

   c. agreed to adopt specific pricing algorithms for the agreed-upon posters with the goal of coordinating changes to their respective prices;

   d. collected, exchanged, monitored, and discussed information on the prices and sales of the agreed-upon posters for the purpose of reaching agreements on prices, enforcing adherence to the agreements reached, and monitoring the effectiveness of the pricing algorithms; and

e. sold, distributed, and accepted payment for the agreed-upon posters at collusive, non-competitive prices on Amazon Marketplace in accordance with the agreements reached.

V.

TRADE AND COMMERCE

13. During the period covered by this Indictment, the defendants and their co-conspirators sold posters in the United States or for delivery to the United States. The charged combination and conspiracy involved trade or commerce within the United States and U.S. import trade or commerce in posters.

14. During the period covered by this Indictment, the business activities of the defendants and their co-conspirators in connection with the sale of the agreed-upon posters were within the flow of, and substantially affected, interstate and U.S. import trade or commerce. During the period covered by this Indictment, the defendants and their co-conspirators shipped the posters between various states within the United States, and from foreign countries to customers located in the United States. During the period covered by this Indictment, the charged combination and conspiracy had a substantial and intended effect in the United States, including on trade or commerce in posters.

//
//
//
//
//
//
//
//
//
//

VI.

JURISDICTION AND VENUE

15. The combination and conspiracy charged in this Indictment was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

_____
William J. Baer
Assistant Attorney General

_____
Brent Snyder
Deputy Assistant Attorney General

_____
Marvin N. Price
Director of Criminal Enforcement
United States Department of Justice
Antitrust Division

_____
Melinda Haag
United States Attorney
Northern District of California

Dated: 8/27/15

_____
Marc Siegel
Chief, San Francisco Office

_____
E. Kate Patchen
Assistant Chief, San Francisco Office

_____
Micah L. Wyatt
Henry J. Hauser
Trial Attorneys
United States Department of Justice
Antitrust Division

A TRUE BILL.

_____
FOREPERSON

5

Indictment